No. 183. LEONARD *v.* UNITED STATES. October 8, 1928. Petition for writ of certiorari to the Court of Claims granted. *Messrs. George A. King, William B. King,* and *George R. Shields* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Messrs. Alfred A. Wheat* and *Wm. W. Scott* for the United States.

No. 195. UNITED STATES *v.* PERSSON. October 8, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Mitchell* for the United States. *Messrs. J. Harry Covington* and *Dean G. Acheson* for respondent.

No. 196. UNITED STATES *v.* NICOLICH. October 8, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Mitchell* for the United States. *Messrs. Walker B. Spencer, J. Harry Covington,* and *Dean G. Acheson* for respondent.

No. 203. CHIN MON EX REL. CHIN YUEN *v.* TILLINGHAST, COMMISSIONER OF IMMIGRATION. October 8, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. E. F. Damon* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for respondent.

No. 219. DELAWARE, LACKAWANNA AND WESTERN R. R. Co. *v.* KOSKE. October 8, 1928. Petition for writ of certiorari to the Court of Errors and Appeals of the State of New Jersey granted. *Mr. Frederic B. Scott* for petitioner. *Messrs. I. Faerber Goldenhorn* and *Saul Nemser* for respondent.